

J. Zak Ritchie
zritchie@hfdrlaw.com
P.O. Box 3983
Charleston, WV 25339
(681) 265-3802 *office*
(304) 982-8056 *fax*

June 12, 2019

*VIA ECF Filing*

Rory L. Perry II, Clerk of Court
U.S. District Court for the Southern District of West Virginia
Robert C. Byrd United States Courthouse
300 Virginia Street, East, Suite 2400
Charleston, WV 25301

    Re:   *Jason Webb v. Steven L. Paine and Jan Barth*

Dear Mr. Clerk:

    Once the complaint, civil cover sheet, and proposed summonses are docketed and the summonses are issued in accordance with ordinary procedures, I respectfully request that your office serve the summons and complaint on each of the named defendants by certified mail, return receipt requested, pursuant to West Virginia Rule of Civil Procedure 4(c)(3)(B) & (d)(1)(D), as authorized by Federal Rule of Civil Procedure 4(e)(1).

    Please do not hesitate to contact me if you have any questions.

                                                            Sincerely,

                                                           J. Zak Ritchie