FILED
JUNE 12, 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

ENTERED
JAN - 4 2016
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Webb v. Paine et al
Civil Action No. 2:19-cv-00447

**STANDING ORDER IN RE:**
**ASSIGNMENT AND REFERRAL OF**
**CIVIL ACTIONS AND MATTERS TO MAGISTRATE JUDGES**

**DISCOVERY**

Pursuant to Title 28, United States Code, Section 636, it is hereby **ORDERED** that all discovery disputes in civil cases, including those which arise post-judgment (e.g., interrogatories in aid of execution, judgment debtor examinations, motions to compel answers to suggestions), shall be referred as follows:

For the Beckley and Bluefield Divisions, to the Honorable Omar J. Aboulhosn, United States Magistrate Judge;

For the Huntington Division, to the Honorable Cheryl A. Eifert, United States Magistrate Judge;

For the Charleston Division, to the Honorable Dwane L. Tinsley, United States Magistrate Judge.

**CIVIL MATTERS (JURY OR NON-JURY) ASSIGNED FOR ALL PROCEEDINGS UPON CONSENT**

Actions in which all parties have consented to proceed before a magistrate judge upon the execution of a written Consent in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 7 are assigned as follows:

For the Beckley and Bluefield Divisions, to the Honorable Omar J. Aboulhosn, United States Magistrate Judge;

For the Huntington Division, to the Honorable Cheryl A. Eifert, United States Magistrate Judge;

For the Charleston Division, to the Honorable Dwane L. Tinsley, United States Magistrate Judge.

## SOCIAL SECURITY CASES

All actions for judicial review of an administrative determination under the Social Security Act are referred for total pretrial management and submission of proposed findings of fact and recommendations for disposition to the magistrate judges of the Southern District of West Virginia on an equal rotational basis as the actions are filed without regard to the divisional office in which they are filed.

Applications for award of attorneys' fees and expenses under the Social Security Act or the Equal Access to Justice Act shall be acted upon by the Magistrate Judge who received the initial case referral.

## HABEAS PROCEEDINGS

All actions filed by persons who are proceeding pro se or with counsel pursuant to 28 U.S.C. §§ 2241, 2254, or 2255, whether incarcerated or not, are referred for total pretrial management and submission of proposed findings of fact and recommendations for disposition to the magistrate judges of the Southern District of West Virginia on an equal rotational basis as the actions are filed without regard to the divisional office in which they are filed.

## ALL OTHER CIVIL ACTIONS FILED BY PERSONS PROCEEDING PRO SE

All other civil actions filed by persons proceeding pro se, and that are not covered above, are referred for total pretrial management and submission of proposed findings of fact and recommendations for disposition as follows:

> For the Beckley and Bluefield Divisions, to the Honorable Omar J. Aboulhosn, United States Magistrate Judge;
>
> For the Huntington Division, to the Honorable Cheryl A. Eifert, United States Magistrate Judge;
>
> For the Charleston Division, to the Honorable Dwane L. Tinsley, United States Magistrate Judge.

### ALL OTHER CIVIL ACTIONS IN WHICH DEFENDANTS PROCEED PRO SE

For all other civil cases in which a defendant or defendants make a pro se appearance following referral of discovery disputes to a magistrate judge, the presiding judicial officer will determine if the case will be referred to the magistrate judge for pretrial management and submission of proposed findings of fact and recommendations for disposition, in total or in part, as follows:

> For the Beckley and Bluefield Divisions, to the Honorable Omar J. Aboulhosn, United States Magistrate Judge;
>
> For the Huntington Division, to the Honorable Cheryl A. Eifert, United States Magistrate Judge;
>
> For the Charleston Division, to the Honorable Dwane L. Tinsley, United States Magistrate Judge.

This Standing Order is effective for all cases filed January 1, 2016, and after. The Clerk is directed to enter this Standing Order and post the same to the Court's website.

ENTER:

*[signature]*
ROBERT C. CHAMBERS, CHIEF JUDGE

*[signature]*
JOHN T. COPENHAVER, JR., JUDGE

*[signature]*
JOSEPH R. GOODWIN, JUDGE

_____
THOMAS E. JOHNSTON, JUDGE

_____
IRENE C. BERGER, JUDGE

_____
DAVID A. FABER, SENIOR JUDGE

4