```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

JASON WEBB,

      Plaintiff,

v.	Civil Action no. 2:19-cv-00447

STEVEN L. PAINE, State
Superintendent of Schools, in
his individual capacity and
official capacity; and JAN
BARTH, Assistant State
Superintendent of Schools, in
her individual capacity and
official capacity,

      Defendants.

## ORDER AND NOTICE

      Pursuant to L.R. Civ. P. 16.1, it is ORDERED that the following dates are hereby fixed as the time by or on which certain events must occur:

| Date | Event |
|---|---|
| 08/12/2019 | Motions under F.R. Civ. P. 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to L.R. Civ. P. 7.1 (a)). |
| 08/22/2019 | Last day for Rule 26(f) meeting. |
| 08/29/2019 | Last day to file Report of Parties' Planning Meeting.  See L.R. Civ. P. 16.1. |
| 09/05/2019 | Scheduling conference at 9:30 a.m. at the Robert C. Byrd United States Courthouse in Charleston, before the undersigned, unless canceled.  Lead counsel directed to appear. |
| 09/12/2019 | Entry of scheduling order. |
| 09/23/2019 | Last day to serve F.R. Civ. P 26(a)(1) disclosures. |

The Clerk is requested to transmit this Order and Notice to all counsel of record and to any unrepresented parties.

DATED: July 23, 2019

John T. Copenhaver, Jr.
Senior United States District Judge