UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

JASON WEBB,

    Plaintiff,

v.                            Civil Action No. 2:19-cv-00447

STEVEN L. PAINE, State Superintendent of Schools, in his individual capacity and official capacity; and JAN BARTH, Assistant State Superintendent of Schools, in her individual capacity and official capacity,

    Defendants.

## ORDER

For reasons appearing to the court, the remaining deadlines in the case shall be continued and proceed as follows:

| Deadline | Date |
| --- | --- |
| Pretrial Conference | 02/26/2021 1:30 PM |
| Proposed jury charge | 03/15/2021 |
| Trial | 03/30/2021 9:30 AM |

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: January 14, 2021

John T. Copenhaver, Jr.
Senior United States District Judge