UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

JASON WEBB,

    Plaintiff,

v.                              Civil Action No. 2:19-cv-00447

STEVEN L. PAINE, State Superintendent of Schools, in his individual capacity and official capacity; and JAN BARTH, Assistant State Superintendent of Schools, in her individual capacity and official capacity,

    Defendants.

ORDER

For reasons appearing to the court, the remaining deadlines in the case shall be continued and proceed as follows:

| Deadline | Date |
|---|---|
| Proposed jury charge | 04/12/2021 |
| Trial | 04/20/2021 9:30 AM |

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: March 25, 2021

John T. Copenhaver, Jr.
Senior United States District Judge