IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**JASON WEBB,**

    **Plaintiff,**

v.                                           Civ. Action No. 2:19-CV-447
                                                (Hon. John T. Copenhaver)

**STEVEN L. PAINE, State Superintendent of Schools,**
**in his individual capacity and official capacity; and**
**JAN BARTH, Assistant State Superintendent of Schools,**
**in her individual capacity and official capacity,**

    **Defendants.**

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jason Webb and Defendants Steven L. Paine and Jan Barth, in their individual and official capacities, stipulate to the dismissal of this action in its entirety, with prejudice. Each party will bear their own costs and fees.

**The parties stipulate:**

**JASON WEBB**

**By Counsel:**

/s/ J. Zak Ritchie
J. Zak Ritchie (WVSB #11705)
Ryan McCune Donovan (WVSB # 11660)
Andrew C. Robey (WVSB #12806)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
681-265-3802 *office*
304-982-8056 *fax*
zritchie@hfdrlaw.com

rdonovan@hfdrlaw.com
arobey@hfdrlaw.com


**STEVEN L. PAINE**
**JAN BARTH**

**By Counsel:**


/s/ Jan L. Fox
Jan L. Fox (WVSB #1259)
Mark C. Dean (WVSB #12017)
STEPTOE & JOHNSON PLLC
Chase Tower, 17th Floor
707 Virginia Street East
P.O. Box 1588
Charleston, WV 25326-1588
(304) 353-8000
(304) 353-8180 facsimile
Jan.fox@steptoe-johnson.com
Mark.dean@steptoe-johnson.com